UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. CHANNEN,<br><br>              Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>             Defendant. | ) Case No. CV 12-4635-PJW<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: July  24  , 2013.

                                            /s/ Patrick J. Walsh

                                            PATRICK J. WALSH
                                            UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\CHANNEN, 4635\Judgment.wpd